UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| TAMMY LOVE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) ) ) | 4:24-CV-38-BO-RJ |
| Defendant. | ) ) ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This case is closed.**

**This judgment filed and entered on August 19, 2024, and served on:**
Charlotte Williams Hall (via CM/ECF NEF)
Mark Dorval (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)

August 19, 2024

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk